court. For this reason, we conclude that no error was committed by the district court, in entertaining the cross action of the defendants in error by which they sought affirmative relief involving the correction of the county court's order.

At this point, it becomes proper to explain that the case we have before us is a consolidated case composed of two cases which were pending in the Court of Civil Appeals, on appeal from said district court, and which were consolidated and passed on by the Court of Civil Appeals. One of said cases involved the judgment which was rendered by the district court in the certiorari proceedings discussed above; the other case involved a judgment rendered by the district court in a suit of trespass to try title. In the last mentioned suit the plaintiffs in error, hereinabove named, sought recovery from the defendants in error the title to and possession of all the lands hereinabove mentioned. In the district court, judgment was rendered against the plaintiffs in the suit of trespass to try title, and the Court of Civil Appeals affirmed that judgment.

The application for the writ of error herein relates to both cases which compose the consolidated case, and contains many assignments of error. All of said assignments have been duly considered, and no reversible error is found.

The respective judgments rendered by the district court in said component cases of the consolidated case, together with the judgment of the Court of Civil Appeals affirming same, are in all respects affirmed.

Opinion adopted by the Supreme Court.

T. B. Sisco, of McKinney, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

GRAVES, Judge.

Upon appellant's plea of guilty of the theft of chickens, and the waiver of a trial by jury, the court assessed his penalty at thirty days' confinement in the county jail.

The indictment appears to be in proper form. The record contains neither statement of facts nor bills of exception. Nothing is presented for review.

The judgment is affirmed.

## DAVIS v. STATE.
### No. 21699.

Court of Criminal Appeals of Texas.
Oct. 29, 1941.

Rehearing Denied Nov. 26, 1941.

## ADDISON v. STATE.
### No. 21719.

Court of Criminal Appeals of Texas.
Nov. 12, 1941.